FRANKLIN E. CLEMONS, RESPONDENT, *v.* WASHINGTON DAVIS, APPELLANT.

*False imprisonment — Special damages — when must be alleged — Amendments — when allowed.*

This action was brought to recover damages for the false imprisonment of the plaintiff by the defendant. Upon the trial, the plaintiff was allowed to prove the effect of his arrest upon his business, although no special damages were alleged in the complaint. *Held,* that the judgment would not be reversed for this error; that as special damages do not constitute a distinct cause of action, but only tend to increase the recovery, that the complaint could be amended at the trial by adding the necessary allegations, and that the General Term would, in furtherance of justice, consider it so amended.*

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury.

*J. L. Baker,* for the appellant.

*King & Montgomery,* for the respondent.

Opinions by LEARNED, P. J., and JAMES, J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

JAMES, J., dissented.

Judgment affirmed.

* Van Ness v. Bush, 14 Abb., 33 ; Bowdoin v. Colman, 6 Duer, 183 ; Bate v. Graham, 11 N. Y., 237.